The Webster Company, appellee, v. Lemon Manufacturing Company, et al., appellees. Harry C. Knisely, appellant. Gen. No. 7,411.

Receivership proceedings. Claim by creditor on property of bankrupt under distress warrant. Judgment for receivers for possession of property. Appeal from the Circuit Court of Du Page county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed January 31, 1925.

C. W. Greenfield, for appellant. John W. Leedle, for John H. Grant and Herbert A. Grotefeld, receivers for Lemon Manufacturing Company; William K. Rapp, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Herbert Page Beers, appellee, v. Board of Education District No. 44, Du Page County, Illinois, appellant. Gen. No. 7,422.

Suit for balance due on contract for services as architect. Judgment for plaintiff. Appeal from the Circuit Court of Du Page county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925.

Samuel W. Norton, for appellant. Samuel J. Howe, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

The First United Evangelical Church of Highland Park, Illinois, appellee, v. J. H. Keagle, appellant. Gen. No. 7,433.

Forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925.

Martin C. Decker and Ralph J. Dady, for appellant. Einar C. Howard and Ernest S. Gail, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Henry Dittmar, administrator of the estate of John Dittmar, deceased, appellee, v. William G. Bancroft and Fred G. Evans, appellants. Gen. No. 7,438.

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Jo Daviess county the Hon. William J. Emerson, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925. Rehearing denied April 9, 1925.

F. J. Campbell, for Fred G. Evans, appellant; Douglas Pattison and Ray T. Luney, of counsel. J. C. Boevers, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

A. L. DeBoer, appellee, v. Dennis J. Foley, appellant. Gen. No. 7,444.

Action to recover damages for trespass. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925.

P. A. Gibbons, for appellant. Adsit, Thompson & Herr, for appellee.

Mr. Justice Partlow delivered the opinion of the court.